UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ZACHARY ROWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00448-SEB-MJD |
| | ) |
| TREY EDWARDS, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation to Dismiss Complaint with Prejudice [Dkt. 38]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. This case is therefore hereby dismissed with prejudice and final judgment shall be entered accordingly.

Date:  1/6/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ZACHARY ROWE
441 S. GIBSON AVE
INDIANAPOLIS, IN 46219

Justin Michael Wiser
Travelers Staff Counsel Indiana
jwiser@travelers.com